LAWRENCE G. BROWN
United States Attorney
JOHN K. VINCENT
SEAN C. FLYNN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

**FILED**

OCT 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   CASE NO. 2 0 9 - CR - - 4 3 6 MCE
                           )
            Plaintiff,     )
                           )
       v.                  )   ORDER TO SEAL
                           )   (UNDER SEAL)
                           )
OBED UR RAHMAN, MOHAMMAD   )
NASIR KHAN, and SHAKER AHMED, )
                           )
            Defendants.    )
                           )
_____)

GOOD CAUSE APPEARING THEREFORE, this Court hereby orders that the Indictment, the Petition to Seal Indictment, and this Order in the above-captioned case, shall be sealed until the arrest or self-surrender of the defendant, or until further order of the Court.

DATED: October 15, 2009

_____
KIMBERLY J. MUELLER
United States Magistrate Judge

1