LAWRENCE G. BROWN
United States Attorney
JOHN K. VINCENT
SEAN C. FLYNN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-436-MCE |
| Plaintiff, | |
| v. | PETITION TO UNSEAL INDICTMENT AND ORDER THEREON |
| OBED UR RAHMAN, MOHAMMAD NASIR KHAN, and SHAKER AHMED, | |
| Defendants. | |

Defendants OBED UR RAHMAN, MOHAMMAD NASIR KHAN, and SHAKER AHMED surrendered themselves to the United States Marshal on this date. The United States therefore requests that this Court unseal the

///
///
///
///
///
///
///

1

1 | Indictment in the above-captioned case.
2 | DATED: October 20, 2009
3 |                                         Respectfully Submitted,
4 |                                         LAWRENCE G. BROWN
  |                                         United States Attorney
5 |
6 |                                    By, /s/ John K. Vincent
  |                                        JOHN K. VINCENT
7 |                                        Assistant U.S. Attorney
8 |
9 |
10|                                    <u>O</u> <u>R</u> <u>D</u> <u>E</u> <u>R</u>
11|
  |      IT IS SO ORDERED.
12|
13| DATED: October 20, 2009
14|
15|                                    _____
16|                                    U.S. MAGISTRATE JUDGE

2