1  LAWRENCE G. BROWN
   United States Attorney
2  JOHN K. VINCENT
   SEAN C. FLYNN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2700
5
6
7
8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
   UNITED STATES OF AMERICA,     )  CASE NO. 2:09-CR-436-MCE
12                               )
                   Plaintiff,    )
13                               )
   v.                            )  PETITION TO UNSEAL INDICTMENT
14                               )  AND ORDER THEREON
                                 )
15 OBED UR RAHMAN, MOHAMMAD      )
   NASIR KHAN, and SHAKER AHMED, )
16                               )
                   Defendants.   )
17                               )
                                 )
18
19     Defendants OBED UR RAHMAN, MOHAMMAD NASIR KHAN, and SHAKER AHMED
20 surrendered themselves to the United States Marshal on this date.
21 The United States therefore requests that this Court unseal the
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

1 | Indictment in the above-captioned case.
2 | DATED: October 20, 2009

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney


By, /s/ John K. Vincent
JOHN K. VINCENT
Assistant U.S. Attorney




O R D E R

   IT IS SO ORDERED.

DATED: October 20, 2009

_____
U.S. MAGISTRATE JUDGE