```
FILED
October 20, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:09-cr-436 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| MOHAMMAD NASIR KHAN, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Mohammad Nasir Khan , Case 2:09-cr-436 MCE  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_  Release on Personal Recognizance

- \_  Bail Posted in the Sum of \_\_\_

- X  Unsecured bond in the amount of  $50,000.00 to be co-signed by Mohammad Saeed.

- \_  Appearance Bond with 10% Deposit

- \_  Appearance Bond secured by Real Property

- \_  Corporate Surety Bail Bond

- X  (Other) Pretrial conditions/supervision;

Issued at  Sacramento, CA  on 10/20/09    at  4 p.m. .

By  _____
Kimberly J. Mueller,
United States Magistrate Judge