L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MOHAMMAD NASIR KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR. S-09-00436 MCE |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| MOHAMMAD NASIR KHAN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Obed Ur Rahman, Mohammad Nasir Khan, and Shaker Ahmed, by and through their defense counsel, Randy Thomas, Bruce Locke, and Joseph Wiseman, and the United States of America by and through its counsel, Assistant U.S. Attorney John Vincent, that the status conference presently set for November 10, 2010 at 9:00 a.m., should be continued to December 16, 2010 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from November 10, 2010 through December 16, 2010.

The reason for the continuance is that the case is a tax case that is somewhat complex. The defense needs additional time to review the discovery and to analyze the government's tax computations. The defense hopes to be able to resolve this case without trial. Accordingly, the time between November10, 2010 and December 16, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.

The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Thomas, Mr. Wiseman, and Mr. Vincent have authorized Mr. Locke to sign this pleading for them.

DATED: November 8, 2010        /S/ Bruce Locke
                               BRUCE LOCKE
                               Attorney for Mohammad Nasir Khan

DATED: November 8, 2010        /S/ Bruce Locke
                               RANDY THOMAS
                               Attorney for Obed Ur Rahman

DATED: November 8, 2010        /S/ Bruce Locke
                               For JOSEPH WISEMAN
                               Attorney for Shaker Ahmed

DATED: November 8, 2010        /S/ Bruce Locke
                               For JOHN VINCENT
                               Attorney for the United States

IT IS SO ORDERED.

Dated: November 12, 2010

                               MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE