BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MOHAMMAD NASIR KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-09-436 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | UNOPPOSED MOTION AND PROPOSED ORDER TO ALLOW MR. KHAN TO TRAVEL TO PAKISTAN AND TO OBTAIN HIS PASSPORT |
| v. | ) ) | |
| MOHAMMAD NASIR KHAN, et al., | ) ) | |
| Defendants. | ) ) | |

The defendant, Mohammad Nasir Khan, by and through his attorney, Bruce Locke, moves the Court that it enter an order that the defendant be allowed to travel to Pakistan at or around February 16, 2011 and to return to the United States at April 1, 2011. The defendant further moves that the Court order the Clerk of Court to return Mr. Khan's passport to him immediately so that he can purchase his ticket to Pakistan and back. The reason for the trip is to attend the marriage of his son. Assistant United States Attorney John Vincent has authorized the undersigned attorney to advise the Court that the government does not have any objection to the granting of this motion.

///
///
///
///
///
///
///

1

1     The parties are in the process of resolving the case without trial.  The next status conference
2 is scheduled for April 7, 2011.

                               Respectfully submitted,

DATED: February 3, 2011           /S/ Bruce Locke
                               BRUCE LOCKE
                               Attorney for Mohammad Nasir Khan

    IT IS SO ORDERED.

Dated:  February 8, 2011

                               MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE