1
BRUCE LOCKE (#177787)
Moss & Locke
2
800 Howe Avenue, Suite 110
Sacramento, CA 95825
3
(916) 569-0667
(916) 569-0665 fax
4
Attorneys for
MOHAMMAD NASIR KHAN

5

6                     IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,          )    No.  2:09-CR-0436 MCE
                                       )
9             Plaintiff,               )
                                       )
10                                     )    STIPULATION TO CONTINUE STATUS
                                       )    CONFERENCE AND EXCLUDE TIME
11       v.                            )    UNDER THE SPEEDY TRIAL ACT;
                                       )    AND ORDER THEREON
12  MOHAMMAD NASIR KHAN, et al.,       )
                                       )
13            Defendants.              )
    _____)

14

15       IT IS HEREBY STIPULATED AND AGREED between the defendants, Obed Ur Rahman,

16  Mohammad Nasir Khan, and Shaker Ahmed, by and through their defense counsel, Randy Thomas,

17  Bruce Locke, and Joseph Wiseman, and the United States of America by and through its counsel,

18  Assistant U.S. Attorney John Vincent, that the status conference presently set for April 7, 2011 at

19  9:00 a.m., should be continued to May 5, 2011 at 9:00 a.m., and that time under the Speedy Trial Act

20  should be excluded from April 7, 2011 through May 5, 2011.

21       The reason for the continuance is that the case is a tax and social security fraud case that is

22  somewhat complex. Mr. Thomas has been negotiating a plea agreement with the government and

23  is in the process of providing additional information to the government concerning the social security

24  charges. Mr. Locke has swapped tax calculations with the government and is in the process of

25  negotiating the details of a plea agreement. Mr. Wiseman is also in the process of negotiating a plea

26  agreement. The defense needs additional time to complete the negotiations and to review the plea

27  agreement with the defendants.

28  ///

29                                        1

Accordingly, the time between April 7, 2011 and May 5, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.    The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Mr. Thomas, Mr. Wiseman, and Mr. Vincent have authorized Mr. Locke to sign this pleading for them.


DATED: April 5, 2011                          _____/S/ Bruce Locke_____
                                              BRUCE LOCKE
                                              Attorney for Mohammad Nasir Khan


DATED: April 5, 2011                          _____/S/ Bruce Locke_____
                                              RANDY THOMAS
                                              Attorney for Obed Ur Rahman


DATED: April 5, 2011                          _____/S/ Bruce Locke_____
                                              For JOSEPH WISEMAN
                                              Attorney for Shaker Ahmed


DATED: April 5, 2011                          _____/S/ Bruce Locke_____
                                              For JOHN VINCENT
                                              Attorney for the United States

ORDER

For the reasons set forth above, the Court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.  The calendaring change set forth above IS SO ORDERED.

Dated:  April 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE