BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MOHAMMAD NASIR KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00436-MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER THE SPEEDY TRIAL ACT; |
| | ) | AND ORDER THEREON |
| MOHAMMAD NASIR KHAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Mohammad Nasir Khan by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney John Vincent, that the status conference presently set for May 5, 2011 at 9:00 a.m., should be continued to May 19, 2011 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from May 5, 2011 through May 19, 2011.

The reason for the continuance is that the case is a tax and social security fraud case that is somewhat complex. The government has provided Mr. Khan with a proposed plea agreement and Mr. Khan and his attorney need the additional time to review the agreement. Accordingly, the time between May 5, 2011 and May 19, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Mr. Vincent has authorized Mr. Locke to sign this pleading for him.

1

DATED: May 3, 2011                           /S/ Bruce Locke
                                              BRUCE LOCKE
                                              Attorney for Mohammad Nasir Khan


DATED: May 3, 2011                           /S/ Bruce Locke
                                              For JOHN VINCENT
                                              Attorney for the United States


## ORDER

For the reasons set forth above, the Court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. The calendaring change set forth above IS SO ORDERED.

Dated: May 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE