1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   MOHAMMAD NASIR KHAN

5

6                  IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,          )    No.  2:09-cr-00436-MCE
                                       )
9           Plaintiff,                 )
                                       )
10                                     )    STIPULATION TO CONTINUE STATUS
                                       )    CONFERENCE AND EXCLUDE TIME
11         v.                          )    UNDER THE SPEEDY TRIAL ACT;
                                       )    AND ORDER THEREON
12  MOHAMMAD NASIR KHAN, et al.,       )
                                       )
13          Defendants.                )
   _____)

14

15        IT IS HEREBY STIPULATED AND AGREED between the defendant, Mohammad Nasir

16  Khan by and through his defense counsel, Bruce Locke, and the United States of America by and

17  through its counsel, Assistant U.S. Attorney John Vincent, that the status conference presently set

18  for May 19, 2011 at 9:00 a.m., should be continued to June 9, 2011 at 9:00 a.m., and that time under

19  the Speedy Trial Act should be excluded from May 19, 2011 through June 9, 2011.

20        The reason for the continuance is that the case is a tax case that is somewhat complex. The

21  government has provided Mr. Khan with a proposed plea agreement and Mr. Khan and his attorney

22  need the additional time to review the agreement. Additionally, the government has advised defense

23  counsel that it will be providing additional discovery in the next two to three days. Accordingly, the

24  time between May 19, 2011 and June 9, 2011 should be excluded from the Speedy Trial calculation

25  pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense

26  preparation.    The parties stipulate that the ends of justice served by granting this continuance

27  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

28  §3161(h)(7)(A).  Mr. Vincent has authorized Mr. Locke to sign this pleading for him.

29                                        1

DATED: May 16, 2011                    _____/S/ Bruce Locke_____
                                       BRUCE LOCKE
                                       Attorney for Mohammad Nasir Khan


DATED: May 16, 2011                    _____/S/ Bruce Locke_____
                                       For JOHN VINCENT
                                       Attorney for the United States


ORDER

　　　For the reasons set forth above, the Court finds that there is GOOD CAUSE for the
continuance and the exclusion of time, and that the ends of justice served by this continuance
outweigh the best interests of the public and the defendant in a speedy trial.  The calendaring
change set forth above IS SO ORDERED.

　Dated:  May 18, 2011

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE

2