BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
MOHAMMAD NASIR KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-09-436 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| | ) | DATE FOR SENTENCING |
| v. | ) | |
| | ) | |
| MOHAMMAD NASIR KHAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Mohammad Nasir Khan and Obed Ur Rahman, by and through their undersigned defense counsel, Bruce Locke and Randy Thomas, and the United States of America by and through its counsel, Assistant U.S. Attorney John Vincent, that the date for sentencing both defendants currently set for January 5, 2012 should be continued to January 26, 2012.

The reason for the continuance is that Mr. Locke and the government need additional time to resolve the amount of the taxes due from Mr. Khan so that the parties can stipulate to the amount of restitution that Mr. Khan will owe to the IRS.  The parties request that Mr. Rahman's case be continued because both the government and the defense prefer that both defendants be sentenced on the same day.

///

1

1    It is further stipulated that formal objections to the PSR shall be filed no
2 later than January 12, 2012; that any opposition to the formal objections shall
3 be filed no later than January 19, 2012; and that any Sentencing Memorandum
4 shall be filed no later than January 19, 2012.

DATED: December 22, 2011          /S/ Bruce Locke
                                  BRUCE LOCKE
                                  Attorney for Mohammad Nasir Khan

DATED: December 22, 2011          /S/ Bruce Locke
                                  For RANDY E. THOMAS
                                  Attorney for Obed Ur Rahman

DATED: December 22, 2011          /S/ Bruce Locke
                                  For JOHN VINCENT
                                  Attorney for the United States

ORDER

IS SO ORDERED.

Dated: January 4, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2