1  BRUCE LOCKE
2  Moss & Locke
3  800 Howe Avenue, Ste 110
4  Sacramento, California 95825
5  (916) 719-3194
6  blocke@mosslocke.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  CR. S-09-436 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO ALLOW MR. KHAN TO TRAVEL TO PAKISTAN** |
| v. | |
| MOHAMMAD NASIR KHAN , et. al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Mohammad Nasir Khan, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney John Vincent, that the defendant should be allowed to travel to Pakistan at or around September 15, 2011 and to return to the United States at or about January 15, 2015.  The reason for the trip is to attend the marriage of his son.

Mr. Khan has served his four months confinement and has been on supervised release for approximately one year. He has paid all of the restitution ordered by the Court. The extended length of the trip is necessary because this is an arranged marriage and requires more time than just attending a ceremony.

Mr. Khan's supervising Probation Officer does not object to allowing Mr. Khan to make this trip.  Mr. Vincent has authorized Mr. Locke to sign this Stipulation for him and to file the same.

DATED: August 13, 2014    /S/ Bruce Locke
BRUCE LOCKE
Attorney for Mohammad Nasir Khan

DATED: August 13, 2014    /S/ Bruce Locke
For JOHN VINCENT
Attorney for the United States

IT IS HERBY ORDERED that Mohammad Nasir Khan is authorized to travel to Pakistan between September 15, 2014 and January 15, 2015 to attend the wedding of his son. Mr. Khan is ordered to check in with his probation officer within 2 days of his return to the United States.

DATED: August 13, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE