BRUCE LOCKE

Moss & Locke

800 Howe Avenue, Ste 110

Sacramento, California 95825

(916) 719-3194

blocke@mosslocke.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMAD NASIR KHAN , et. al.,<br><br>Defendants. | No.  CR. S-09-436 MCE<br><br>**AMENDED STIPULATION AND ORDER TO ALLOW MR. KHAN TO TRAVEL TO PAKISTAN** |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Mohammad Nasir Khan, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney John Vincent, that the defendant should be allowed to travel to Pakistan at or around September 24, 2014 and to return to the United States at or about January 21, 2015.  The reason for the trip is to attend the marriage of his son.

The reason for the amended Stipulation and Proposed Order is that the original stipulation contained a typographical error to the effect that Mr. Khan was authorized to leave the United States at or around September 15, 2011 rather than 2014. Additionally, when Mr. Khan went to purchase his ticket, he was only able to get tickets that allowed him to fly to Pakistan on September 24, 2014 and return to the United States on January 21, 2015.

Mr. Khan has served his four months confinement and has been on supervised release for approximately one year. He has paid all of the restitution ordered by the Court. The extended

length of the trip is necessary because this is an arranged marriage and requires more time than just attending a ceremony.

Mr. Khan's supervising Probation Officer does not object to allowing Mr. Khan to make this trip. Mr. Vincent has authorized Mr. Locke to sign this Stipulation for him and to file the same.

DATED: August 25, 2014           /S/ Bruce Locke
                                 BRUCE LOCKE
                                 Attorney for Mohammad Nasir Khan

DATED: August 25, 2014            /S/ Bruce Locke
                                 For JOHN VINCENT
                                 Attorney for the United States

IT IS HERBY ORDERED that Mohammad Nasir Khan is authorized to travel to Pakistan between September 24, 2014 and January 21, 2015 to attend the wedding of his son. Mr. Khan is ordered to check in with his probation officer within 2 days of his return to the United States.

Dated: August 25, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE